**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**VALERIE FIGUEROA.,**

    **Plaintiff,**

                              Case Number: 8:20-cv-02668-VMC-TGW

**v.**

**ALDI FLORIDA LLC.**

    **Defendants.**

_____/

**NOTICE OF DISMISSAL**

    **PLEASE TAKE NOTICE,** Plaintiff hereby dismisses this present action against Defendant with prejudice pursuant to Federal Rule of Civil Procedure, 41(a)(1)(A)(i). This matter was resolved without compromise and judicial review is not necessary.

DATED:  December 10, 2020

/s/Kyle Lee, Esq.
Kyle J. Lee, Esq.

**Certificate of Service**

    I hereby certify that a true and correct copy of the above was filed in the Court's electronic filing system which is designed to provide copies of the same to all attorneys of record on this 10th day of December, 2020.

/S/ Kyle J. Lee
Kyle J. Lee, Esq.
FLBN: 105321
LEE LAW, PLLC
1971 West Lumsden Road
Suite 303
Brandon, FL 33511
Telephone: (813) 343-2813
Kyle@KyleLeeLaw.com
Info@KyleLeeLaw.com